UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KEVIN RICHARDSON | ) |
| | ) |
| PLAINTIFF | ) |
| | ) |
| VS. | ) CASE NO. 1:19-cv-1549-TWP-DML |
| | ) |
| DILSHOD RASULOV, XPRESS TRUCKING, LLC, | ) |
| XPO LAST MILE, INC. D/B/A XPO LOGISTICS, | ) |
| PENSKE TRUCK LEASING CO., L.P., | ) |
| PREMIER TRAILER LEASING, INC., | ) |
| AMAZON.COM, INC., AMAZON LOGISTICS, INC., | ) |
| AND AMAZON FULFILLMENT SERVICES, INC. | ) |
| | ) |
| DEFENDANTS | ) |

**AMAZON LOGISTICS, INC.'S CORPORATE DISCLOSURE STATEMENT**

Defendant Amazon Logistics, Inc., by counsel, pursuant to Fed. R. Civ. P. 7.1 states that it is a corporation organized under the laws of the State of Delaware. There is no publicly-held company or investment fund that holds a 10% or more ownership interest in Amazon Logistics, Inc.

Respectfully submitted,

WATERS, TYLER,
HOFMANN & SCOTT, LLC

/s/ Eric T. Eberwine
Scott L. Tyler, Atty. # 16218-10
Eric T. Eberwine, Atty. #24597-22
1947 East Spring Street
New Albany, IN 47150
Tel. (812) 949-1114
styler@wthslaw.com
eeberwine@wthslaw.com
*Counsel for Defendant Amazon Logistics, Inc.*

1

## **CERTIFICATE OF SERVICE**

  This is to certify that on May 13, 2019, a true copy of the foregoing was electronically filed with the Clerk of the Court for the U.S. District Court, Southern District of Indiana, Indianapolis Division, by using the CM/ECF system, with a copy automatically served upon all counsel of record.

  This will further certify that a copy of the foregoing document has been duly served upon all persons listed below, by United State mail, first-class postage prepaid.

        Amazon.com, Inc.
        410 Terry Avenue North
        Seattle, WA 98109

        Amazon Fulfillment Services, Inc.
        410 Terry Avenue North
        Seattle, WA 98109

        /s/ Eric T. Eberwine
        Scott L. Tyler, Atty. # 16218-10
        Eric T. Eberwine, Atty. #24597-22
        *Counsel for Defendant Amazon Logistics, Inc.*

WATERS, TYLER,
HOFMANN & SCOTT, LLC
1947 East Spring Street
New Albany, IN 47150
Tel. (812) 949-1114
Fax. (812) 949-2189
styler@wthslaw.com
eeberwine@wthslaw.com